IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE A. HOOVEN et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| EXXON MOBIL CORPORATION et al. | : | NO. 00-5071 |

## JUDGMENT

      **AND NOW**, this                    day of ,                        2007, judgment is hereby entered in favor of defendants Exxon Mobil Corporation, Mobil Corporation Employee Severance Plan and against plaintiffs Joe A. Hooven, Michael Aversano, Ainars Bluss, T.B. Bottolfson, D.R. Clarizio, Stan Conley, Edmund E. Davis, Sr., Paul E. Doxey, Jack F. Dunleavy, Christopher G. Gibson, Roger A. Hendler, J.K. Hooven, Romulus Vance Houck, III, Todd Howard, D. Hrinak, J.D. Humphreys, H.J. Klein, A.R. Kline, R.J. Kopcha, Franklin W. Lee, R.E. Little, Joanne Lima, J. Lutz, E.T. McMurphy, S.A. Mendolia, Steve Mercurio, Clark D. Miller, Michael L. Millman, G.A. Milne, Daniel G. Moore, B.L. Morgan, P.M. Porohnavi, Patricia V. Rose, Jean Valenza-Rubino, Shelly C. Scharr, James R. Slusher, M.W. Stump, D.M. Sullivan, Linda N. Sutphin, Darrel R. Taylor, Thomas P. Thompson, John Troy, Donald A. Twele, Carroll S. Wagner, Laura Waks, Joe D. Woodward, John H. Woolfolk, E. Christine Copley, E. Jackson, L. Young, William J. Helfrich and Suzanne Michaud in the amount of $44,083.01.

                                                  S/ Michael E. Kunz
                                                  **MICHAEL E. KUNZ**
                                                  **CLERK OF COURT**